# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00089-CV

### In re Greg Abbott, Attorney General of Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Greg Abbott filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.3, 52.10. We granted the emergency motion, staying the probate court from confirming the sale of real estate pending our resolution of the proceeding. Having reviewed the parties' filing and the record provided, we dissolve our order granting temporary relief and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed: March 8, 2013